| | |
|---|---|
| GOSS INTERNATIONAL CORPORATION, a Delaware corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>TOKYO KIKAI SEISAKUSHO, LTD, a Japanese corporation and TKS (U.S.A.), INC., a Delaware corporation,<br><br>        Defendants. | No. C00-0035<br><br>**ORDER** |

FILED
U.S. District Court
Northern District of Iowa
11/24/03
By: mem
Copies mailed/faxed to counsel of record, pro se parties and others listed here:

Before the Court are Plaintiff's Motions in Limine to Bar Testimony of TKS' Proposed Experts James Cooper and Ronald Nielsen based on an Incorrect Legal Standard for Comparability (Docket No. 397) and Motion in Limine to Bar Testimony of TKS' Proposed Experts Robert Stoner and Beril Lapson Which is Based Upon the ITC or DOC Proceedings (Docket No. 398).

The motions in limine are denied as untimely under the scheduling order.

**IT IS SO ORDERED.**

**DATED** this 24th day of November, 2003.

LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA