# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| GOSS INTERNATIONAL CORPORATION, a Delaware corporation, | |
| Plaintiff, | No. C00-35 LRR |
| vs. | **NOTICE** |
| TOKYO KIKAI SEISAKUSHO, LTD., a Japanese corporation and TKS (U.S.A.), Inc., a Delaware corporation, | |
| Defendants. | |

_____

Before the court is the Motion for Permanent Injunction (docket no. 512), filed by Plaintiff Goss International Corporation ("Goss").

On June 14, 2006, the court held a hearing ("Hearing") on Goss's Motion for Preliminary Injunction. One witness testified and exhibits were received into evidence. On June 16, 2006, the court granted the Motion for Preliminary Injunction.

Federal Rule of Civil Procedure 65(a)(2) provides:

> *Consolidation of Hearing With Trial on Merits*. Before or after the commencement of the hearing of an application for a preliminary injunction, the court may order the trial of the action on the merits to be advanced and consolidated with the hearing of the application. Even when this consolidation is not ordered, any evidence received upon an application for a preliminary injunction which would be admissible upon the trial on the merits becomes part of the record on the trial and need not be repeated upon the trial. This subdivision (a)(2) shall be so construed and applied as to save to the parties any rights they may have to trial by jury.

Fed. R. Civ. P. 65(a)(2). The parties are hereby given notice that all evidence received

at the Hearing shall be part of the record on the trial on the Motion for Permanent Injunction and need not be repeated at such trial. *Cf. Univ. of Texas v. Camenisch*, 451 U.S. 390, 395 (1981) (recognizing that the district court should ordinarily give the parties clear and unambiguous notice of the court's intent to consolidate the trial and the hearing).

**IT IS SO ORDERED.**

**DATED** this 19th day of June, 2006.

LINDA R. READE
JUDGE, U. S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

**Copies mailed on:** mem 06.19.06

**to counsel of record or pro se parties as shown on docket and other parties listed here:**